ANDERSON, OGILVIE & BREWER, LLP
ANDREW J. OGILVIE     057932
CAROL M. BREWER       214035
600 California Street, 18th Floor
San Francisco, California 94108
    Tel:   415/651-1950
    Fax:   415/956-3233
    andy@aoblawyers.com
    carol@aoblawyers.com

Attorneys for Plaintiff
Brandi N. Bankston and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI N. BANKSTON, , <br><br> Plaintiff, <br><br> vs. <br><br> AMERICREDIT FINANCIAL SERVICES, INC. <br><br> Defendants. | Case No. 4:09-cv-04892 SBA <br><br> ORDER DIRECTING CLERK TO REMOVE INCORRECTLY FILED DOCUMENTS (Dkt Nos. 34 & 38) |

    Brandi Bankston's administrative motion for an order to remove incorrectly filed documents is GRANTED. The Clerk shall remove from the public files of this case Documents 34 and 38.

4/14/10            _____
                                   Saundra B. Armstrong
                           Judge, United States District Court