UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUAN CARDENAS and FLORENCIA HERRERA de CARDENAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICREDIT FINANCIAL SERVICES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No: C 09-4978 SBA<br><br>**ORDER HOLDING MOTIONS IN ABEYANCE PENDING RESOLUTION OF MOTIONS TO TRANSFER FOR MDL PROCEEDINGS** |
| BRANDI R. BANKSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICREDIT FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No: C 09-4892 SBA |

IT IS HEREBY ORDERED THAT the pending motions in the above-captioned actions shall be held in ABEYANCE pending resolution of the motions to transfer for consolidated and coordinated pretrial proceedings, which currently are under consideration by the Judicial Panel on Multidistrict Litigation ("Panel"). The parties shall notify this Court forthwith upon the Panel's issuance of its decision on the transfer motions. This Order shall be filed in both of the above actions.

IT IS SO ORDERED.

Dated: June 9, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge