1
2
3
4              UNITED STATES DISTRICT COURT
5          FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                      OAKLAND DIVISION
7

| | |
|---|---|
| BRANDI R. BANKSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICREDIT FINANCIAL SERVICES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No: C 09-04892 SBA<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>Dkt. 37 |

The motion of Plaintiff Brandi Bankston for an order sealing documents and information designated by defendant AmeriCredit Financial Services, Inc. ("AmeriCredit"), pursuant to the protective order in this case, having been filed and the designated documents lodged with the Clerk, AmeriCredit having filed a declaration in support of the motion pursuant to L.R. 79-5(d), the matter having been submitted, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT Plaintiff's motion to seal is GRANTED. The Court hereby orders that the following materials attached to the Declaration of Andrew J. Ogilvie (Dkt. 35) be filed under seal, as follows:

1.  **Exhibit A** (excerpts from John Moody deposition transcript): Page 9, line 24 through page 10, line 3; page 26, line 21 through page 27, line 5.

2.  **Exhibit B** (excerpts from Dan Heinrich deposition transcript): Page 18, lines 3-18; page 35, line 4 through page 37, line 19.

3.     **Exhibit C** (excerpts and exhibits from Craig Paterson deposition transcript): Page 15, lines 3-19; page 17, lines 3-24; page 22, lines 4-16; page 24, lines 15-23; pages 28-31, and Exhibit 60 (bates-labeled AC BANKS 02780-02787).

**THE PARTIES SHALL COMPLY WITH GENERAL ORDER NO. 62, WHICH GOVERNS THE FILING OF SEALED DOCUMENTS.**

IT IS SO ORDERED.

Dated:  January 3, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge